IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **LESLIE LINARES** § | | |
| *Plaintiff* § | | |
| § | | |
| § | | |
| **vs.** § | **CIVIL ACTION NO.** | |
| § | | |
| § | | |
| **ALFREDO JAVIER BARRON** § | | |
| **HERNANDEZ JR** § | | |
| **AND AUTO LINEAS** § | | |
| **AMERICA, S.A. DE C.V.** § | | |
| *Defendants* § | | |

### DEFENDANTS ALFREDO JAVIER BARRON HERNANDEZ JR and AUTO LINEAS AMERICA, S.A. DE C.V.'S NOTICE OF REMOVAL

Defendants file this notice of removal under 28 U.S.C. §1446(a).

### A. INTRODUCTION

1. Plaintiff is Leslie Linares; Defendants are Alfredo Javier Barron Hernandez Jr. And Auto Lineas America, S.A. de C.V.

2. On September 30, 2022, Plaintiff sued Defendant Alfredo Javier Barron Hernandez Jr. and Auto Lineas America, S.A. De C.V., incorrectly sued as Auto Lineas America, in the 49th Judicial District Court, Cause No. 2022CVA001378D1, Webb County, Texas, alleging that on November 24, 2020, Defendant Alfredo Javier Barron Hernandez, Jr. was allegedly driving on the right lane, attempting to turn right and allegedly struck Plaintiff's vehicle.

3. Defendant Alfredo Javier Barron Hernandez Jr was served with suit and citation on October 5, 2022. Defendant Auto Lineas America, S.A. de C.V. was served with suit and citation on October 5, 2022. Defendants Alfredo Javier Barron Hernandez Jr and Auto Lineas America, S.A. De C.V. filed their Original Answer on October 28, 2022. Defendants file this notice of removal

within the 30-day time period required by 28 U.S.C. §1446(b). *Bd. Of Regents of Univ. of Tex. Sys. V. Nippon Tel. & Tel. Corp.,* 478 F. 3d 274, 278 (5th Cir. 2007).

### B.  BASIS FOR REMOVAL

4. Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Johnson v. Columbia Props. Anchorage, L.P.,* 437 F.3d 894, 899-900 (9th Cir. 2006). Plaintiff is a citizen of Texas.  Defendant Alfredo Javier Barron Hernandez Jr. is a Mexican Citizen and he is domiciled in Nuevo Laredo, Mexico.  Defendant Auto Lineas America, S.A. DE C.V. is a foreign company.  Specifically, Defendant Auto Lineas America, S.A. DE C.V. is a Mexican company, incorporated in Mexico, with its principal place of business in Mexico located at Carr.A Colombia 3200, General Escobedo, Nuevo Leon, Mexico, 66052, where the company's officers direct, control and coordinate the company's activities.   Auto Lineas America, S.A. De C.V.  has no corporate headquarters in the United States, nor is it incorporated in Texas, nor do any of its principals reside in Texas.  Carr.A Colombia 3200, General Escobedo, Nuevo Leon, Mexico, 66052 was the headquarters on the day of the accident in question and has remained the headquarters since the day of the accident in question.

5. The amount in controversy exceeds $75,000.00, excluding interest and costs.  28 U.S.C. §1332(a); *Andrews v. E.I. du Pont de Nemours & Co.,* 447 F.3d 510, 514-15 (7th Cir. 2006).  In Plaintiff's petition in state court, Plaintiff claimed that he was seeking monetary relief in an amount exceeding $1,000,000.00. *See* Plaintiff's Original Petition at ¶ 1.0.  Because Plaintiff is seeking more than $75,000 in damages, as is specifically stated in his petition in state court, the amount in controversy requirement is satisfied for the purposes of removal.

6. Defendants Alfredo Javier Barron Hernandez Jr and Auto Lineas America, S.A. de C.V. consent to the removal of this case to federal court. 28 U.S.C. §1446(b)(2)(A); *Cook v. Randolph*

*Cnty.,* 573 F3d 1143, 1150-51 (11th Cir. 2009); *Pritchett V. Cottrell, Inc.,* 512 F.3d 1057, 1062 (8th Cir. 2008); *Harper v. AutoAlliance Int'l, Inc.,* 392 F3d 195, 201-02 (6th Cir. 2004).

7. Copies of all pleadings, process, orders, and other filings in the State-Court suit are attached to this notice as required by 28 U.S.C. §1446(a) as Exhibit "A".

8. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

9. Defendants Alfredo Javier Barron Hernandez Jr. and Auto Lineas America, S.A. de C.V. will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## C. INTRODUCTION

10. Plaintiff did not demand a jury in the state court suit.

## D. CONCLUSION

11. In accordance with the above and having satisfied all the requirements pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441, Defendants Alfredo Javier Barron Hernandez Jr. and Auto Lineas America, S.A. de C.V. pray that this Court enter such further orders and grant such further relief as may be necessary to secure removal herein and prevent further proceedings in the 49th Judicial District Court of Webb, Texas. Defendants Alfredo Javier Barron Hernandez Jr and Auto Lineas America, S.A. de C.V. further pray for such other relief as they may be justly entitled to receive.

Respectfully submitted,

**CHAVES, OBREGON & PERALES, L.L.P.**
800 N. Shoreline Blvd., Suite 2000 S
Corpus Christi, TX  78401
(361) 884-5400
(361) 884-5401 (facsimile)

By:   /s/ Douglas E. Chaves
         DOUGLAS E. CHAVES
         State Bar No. 04161400
         Federal Bar ID No. 1895
         dchaves@coplawfirm.com
         AIDAN PERALES
         State Bar No. 24027604
         Federal Bar ID No. 27471
         aperales@coplawfirm.com
**ATTORNEYS FOR DEFENDANTS
ALFREDO JAVIER BARRON HERNANDEZ JR. and
AUTO LINEAS AMERICA, S.A. DE C.V.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on this 3rd day of November, 2022.

                                                    /s/ Douglas E. Chaves  
                                                    DOUGLAS E. CHAVES

*Via e-serve*

GONZALEZ & ASSOCIATES, P.C.  
269 N. Ceylon Street  
Eagle Pass, Texas 78852  
Hector Gonzalez  
State Bar No. 24071889  
hector@gonzalezandassociates.org  
Tel: (830) 757-8323  
Fax: (830) 757-8327  
**ATTORNEY FOR PLAINTIFF**

## NOTICE OF ELECTRONIC FILING

      I HEREBY CERTIFY that I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas on the 3rd day of November, 2022.

                                                    /s/ Douglas E. Chaves  
                                                    Attorney- In Charge